IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION

RICHARD BLACK,                  )
                                )
           Plaintiff,            )
                                )
     v.                          )     No. 09 C 2780
                                )
A TRANSPORT, et al.,             )
                                )
           Defendants.           )

                       MEMORANDUM ORDER

     Although pro se plaintiff Richard Black was present in Court during the previously-scheduled July 20, 2009 status hearing,[1] he did not disclose at that time that last Friday (July 17) he had filed a Motion for Appointment of Counsel ("Motion") together with an In Forma Pauperis Application ("Application") in support of the Motion. Thus this Court learned of Black's July 17 filings only when the Judge's Copies were delivered to this Court's chambers later in the day.

     Black's representations in the Motion include the required showing of efforts on his part to obtain counsel--efforts that have met with no success. And the Affidavit confirms Black's inability to pay for retained counsel at the currently prevalent

---

[1] At that time Black stated that he was planning to file an Amended Complaint in light of the motion filed by his ex-employer A Transport Company, Inc. ("A Transport") to dismiss his original Complaint of Employment Discrimination. This Court accordingly granted A Transport's motion to dismiss without prejudice, set August 3 (with Black's agreement) as the date by which the Amended Complaint was to be filed and set the next status hearing for 9 a.m. August 7.

hourly rates.  Accordingly this Court grants the Motion and has appointed this member of the District Court's trial bar to represent Black pro bono publico:

    Linda M. Babich
    AzulaySeiden Law Group
    205 North Michigan Avenue
    40th Floor
    Chicago IL 60601
    (312) 832-9200

Because of the short time involved, it appears doubtful that appointed counsel can get up to speed soon enough to file the promised Amended Complaint on the timetable established at yesterday's status hearing.  This Court will await further word on that subject, as well as on the question whether the August 7 status hearing should or should not proceed as scheduled.

                        _____
                        Milton I. Shadur
                        Senior United States District Judge

Date:  July 24, 2009